

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2022

No. 04-22-00476-CR

**EX PARTE** Alexis Pantoja **VASQUEZ**

From the County Court, Kinney County, Texas
Trial Court No. 10420-CR
Honorable Dennis Powell, Judge Presiding

## O R D E R

Appellant Alexis Pantoja Vasquez seeks to appeal the trial court's order denying his pretrial application for writ of habeas corpus. The clerk's record does not contain the required certification of appellant's right to appeal, *see* TEX. R. APP. P. 25.2(a)(2), (d), and the County Clerk of Kinney County has informed this court that there is no Rule 25.2 certification in its files.

With exceptions that do not apply here, the Texas Rules of Appellate Procedure provide that "[t]he trial court shall enter a certification of the defendant's right of appeal each time it enters a judgment of guilt or other appealable order[.]" *Id.* R. 25.2(a)(2); *see also* TEX. GOV'T CODE ANN. § 311.016(2) ("'Shall' imposes a duty."). An order denying a pretrial application for writ of habeas corpus is an appealable order. *See Greenwell v. Court of Appeals for the Thirteenth Judicial Dist.*, 159 S.W.3d 645, 650 (Tex. Crim. App. 2005); *Ex parte Matthews*, 452 S.W.3d 8, 12 (Tex. App.—San Antonio 2014, no pet.). Accordingly, we **ORDER** the trial court to prepare and file a certification of appellant's right to appeal from the order denying appellant's pretrial application for writ of habeas corpus. We further **ORDER** the County Clerk of Kinney County to file a supplemental clerk's record containing the trial court's certification **by August 31, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2022.



MICHAEL A. CRUZ, Clerk of Court